IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAKHRAJ MANOHAR                                                                PLAINTIFF

v.                              No. 3:16-cv-76-DPM

BAXTER, Lieutenant, St. Bernard Hospital Security
Supervisor/Jonesboro Police Department; OLLO,
Security Guard, St. Bernard Hospital; and
VANDERGRIFF, Security Guard St. Bernard
Hospital/Jonesboro Police Department                                       DEFENDANTS

ORDER

Manohar alleges that, during an encounter at St. Bernard's, some hospital security guards violated the law, which led to Manohar's wrongful arrest. St. Bernard's Medical Center is on my recusal list. Because my impartiality could reasonably be questioned in these circumstances, I recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2016