**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**LAKHRAJ MANOHAR**                                                                                        **PLAINTIFF**

**v.**                                        **Case No. 3:16-cv-00076-KGB**

**BAXTER, et al.,**                                                                                      **DEFENDANTS**

**ORDER**

This lawsuit filed by plaintiff Lakhraj Manohar seems to have been docketed in error, as Mr. Manohar has neither paid the requisite filing fee nor filed an application to proceed *in forma pauperis*.

Within 30 days of the entry of this Order, Mr. Manohar must either:  (1) pay the $400 filing fee in full or (2) file a properly completed application to proceed *in forma pauperis* for the Court's review and consideration.  If Mr. Manohar does not pay the filing fee or submit a properly completed *in forma pauperis* application within 30 days, this action will be dismissed without prejudice.

So ordered this 21st day of June, 2016.

Kristine G. Baker
United States District Judge