# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LAKHRAJ MANOHAR**                                                                                              **PLAINTIFF**

**v.**                             **Case No. 3:16-cv-00076-KGB**

**BAXTER,** *et al.*                                                                          **DEFENDANTS**

## ORDER

On August 15, 2016, the Court granted plaintiff Lakhraj Manohar's motion for leave to proceed *in forma pauperis* (Dkt. No. 8). Mr. Manohar has brought this action against multiple defendants: Lieutenant Baxter, who Mr. Manohar identifies as a security supervisor at St. Bernard Hospital in Jonesboro, Arkansas; Mr. Ollo, who Mr. Manohar identifies as a security guard at St. Bernard Hospital in Jonesboro, Arkansas; and Mr. Vandergriff, who Mr. Manohar identifies as both a security guard at St. Bernard Hospital in Jonesboro, Arkansas, and a member of the Jonesboro, Arkansas, police department (Dkt. No. 1). Currently pending before this Court is Mr. Manohar's motion for service by the Court (Dkt. No. 11). The Court grants the motion (Dkt. No. 11).

Because Mr. Manohar has been granted leave to proceed *in forma pauperis*, the Clerk of Court is directed to prepare a summons using the information provided by Mr. Manohar regarding the defendants' last names and places of employment in his complaint, and the U.S. Marshal for the Eastern District of Arkansas is directed to serve defendants. Fed. R. Civ. P. 4(c)(3). The Marshal is directed to serve the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure. The Court denies as moot Mr. Manohar's motion to expedite (Dkt. No. 15).

So ordered this 25th day of August, 2017.

_____
Kristine G. Baker
United States District Judge