# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LAKHRAJ MANOHAR**                                                           **PLAINTIFF**

v.                              Case No. 3:16-cv-00076-KGB

**BAXTER,** *et al.*                                                    **DEFENDANTS**

## ORDER

Defendant Scott Baxter filed a notice informing the Court that on November 5, 2019, Mr. Baxter's counsel mailed plaintiff Lakhraj Manohar a file-marked copy of Mr. Baxter's motion to dismiss, the exhibit attached thereto, and the brief in support of said motion (Dkt. No. 50, ¶ 1). On November 26, 2019, Mr. Baxter's counsel's office received the returned mail containing the notations "vacant" and "unable to forward" on the envelope (Dkt. Nos. 50, ¶ 1; 50-1). Accordingly, on its own motion, the Court directs Mr. Manohar, within 21 days from the entry of this Order, to confirm in writing through a filed status report his current mailing address.

Additionally, the Court notes that Local Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants like Mr. Manohar: (1) to notify promptly the Court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently. Mr. Manohar should be aware that Local Rule 5.5 further provides that the failure to respond to any communication from the Court within 30 days may result in dismissal of the case. Any party proceeding *pro se* is expected to be familiar with and follow the Federal Rules of Civil Procedure as well as the Local Rules of this Court. A copy of the Local Rules may be obtained from the District Clerk for the Eastern District of Arkansas.

It is so ordered this 5th day of February, 2020.

                                                             Kristine G. Baker
                                                            United States District Judge