**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

LAKHRAJ MANOHAR                                                                PLAINTIFF

v.                                      **Case No. 3:16-cv-00076-KGB**

BAXTER, *et al.*                                                              DEFENDANTS

**ORDER**

Defendant Scott Baxter filed a notice informing the Court that on November 5, 2019, Mr. Baxter's counsel mailed plaintiff Lakhraj Manohar a file-marked copy of Mr. Baxter's motion to dismiss, the exhibit attached thereto, and the brief in support of said motion (Dkt. No. 50, ¶ 1).  On November 26, 2019, Mr. Baxter's counsel's office received the returned mail containing the notations "vacant" and "unable to forward" on the envelope (Dkt. Nos. 50, ¶ 1; 50-1).  In response, the Court entered an Order on February 5, 2020, directing Mr. Manohar to confirm in writing through a filed status report his current mailing address within 21 days from the entry of said Order (Dkt. No. 52).  The Court advised Mr. Manohar that his failure to do so may result in the dismissal of this lawsuit pursuant to Local Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, which provides, in part, that "[i]f any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."

Later that same day, Mr. Manohar filed his response to Mr. Baxter's pending motion to dismiss (Dkt. Nos. 47, 53).  This response, however, provided no current mailing address for Mr. Manohar.  Indeed, the Court still lacks Mr. Manohar's current mailing address as evidenced by the Court's Initial Scheduling Order and Order directing Mr. Manohar to file a status report both being returned undeliverable on February 14, 2020 (Dkt. Nos. 51, 52, 56, 57).

Case 3:16-cv-00076-KGB   Document 64   Filed 05/31/20   Page 2 of 2

Mr. Baxter then filed a motion to strike Mr. Manohar's untimely response to the motion to dismiss (Dkt. No. 54). Mr. Baxter later filed notice with the Court confirming that, although he attempted to serve a copy of the motion on Mr. Manohar, mail to Mr. Manohar was returned as undeliverable (Dkt. No. 58). Likewise, Mr. Baxter's efforts to coordinate with Mr. Manohar regarding the Federal Rule of Civil Procedure 26(f) report have been unsuccessful due to an inability to contact Mr. Manohar (Dkt. Nos. 59; 63). As a result, Mr. Baxter filed a motion to dismiss for lack of prosecution (Dkt. No. 60).

As of the date of this Order, Mr. Manohar has not complied with the Court's Order from February 5, 2020. Further, Mr. Manohar has not participated in a Rule 26(f) conference or the drafting of a Rule 26(f) report. Accordingly, the Court grants Mr. Baxter's motion to dismiss for lack of prosecution but will not dismiss with prejudice this case (Dkt. No. 60). Instead, this case is dismissed without prejudice. The Court denies Mr. Baxter's initial motion to dismiss and motion to strike response as moot (Dkt. Nos. 47, 54).

So ordered this 31st day of May, 2020.

_Kristine G. Baker_

Kristine G. Baker
United States District Judge