# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LAKHRAJ MANOHAR**                                                                                    **PLAINTIFF**

**v.**                                       **Case No. 3:16-cv-00076-KGB**

**BAXTER,** *et al.*                                                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Lakhraj Manohar's complaint is dismissed without prejudice. The relief sought is denied.

So adjudged this 31st day of May, 2020.

                                                                                       _____
                                                                                       Kristine G. Baker
                                                                                       United States District Judge