# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LAKHRAJ MANOHAR**                                                          **PLAINTIFF**

**v.**                              **Case No. 3:16-cv-00076-KGB**

**BAXTER,** *et al*.                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Lakhraj Manohar's complaint is dismissed. The relief sought is denied.

So adjudged this 13th day of October, 2020.

_____
Kristine G. Baker
United States District Judge