# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LAKHRAJ MANOHAR**                                                                 **PLAINTIFF**

v.                                    **Case No. 3:16-cv-00076-KGB**

**BAXTER,** *et al*.                                                                **DEFENDANTS**

## AMENDED ORDER

On October 13, 2020, this Court entered an Order and Judgment dismissing plaintiff Lakhraj Manohar's complaint (Dkt. Nos. 74, 75).  On October 16, 2020, the United States Court of Appeals for the Eighth Circuit issued a judgment dismissing Mr. Manohar's then-pending appeal and the mandate (Dkt. Nos. 77, 78).  To the extent this Court lacked jurisdiction over this matter on October 13, 2020, due to Mr. Manohar's then-pending appeal, the Court issues this Amended Order and separate Amended Judgment again dismissing Mr. Manohar's complaint for the reasons previously articulated by the Court.  The Court adopts its prior Order as its Amended Order as if restated word-for-word (Dkt. No. 74).

So ordered this 19th day of October, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge