## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**LAKHRAJ MANOHAR**                                                      **PLAINTIFF**

**v.**                          **Case No. 3:16-cv-00076-KGB**

**BAXTER,** *et al*.                                                      **DEFENDANTS**

### AMENDED JUDGMENT

Pursuant to the Amended Order entered on this date, it is considered, ordered, and adjudged that plaintiff Lakhraj Manohar's complaint is dismissed.  The relief sought is denied.

So adjudged this 19th day of October, 2020.

_Kristine G. Baker_

Kristine G. Baker
United States District Judge