IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LAKHRAJ MANOHAR**                                                                                          **PLAINTIFF**

v.                                       **Case No. 3:16-cv-00076-KGB**

**BAXTER,** *et al.*                                                                                              **DEFENDANTS**

## ORDER

Before the Court is an informal request from counsel that the Court file a redacted copy of docket entry number 2 as a substitute for the docket entry currently filed with the Court. For good cause shown, the request is granted. The Clerk is directed to substitute the redacted filing as docket entry number 2.

So ordered this 13th day of February, 2023.

_____
Kristine G. Baker
United States District Judge